Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbgbs.com
Avery Canty, Esq., Bar No.: 343011
acanty@pbbgbs.com
**PETERSON BRADFORD BURKWITZ GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
T: 818.562.5800
F: 818.562.5810

Attorneys for Defendants,
COUNTY OF LOS ANGELES, WENDY GARCIA, and BILL THOMAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF "CMW", a deceased minor, SYDNEY WATKINS, individually, as successor in interest to "CMW", and LISA LEWIS<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LASHAUNA CANDLER GRIFFIN, WENDY GARCIA, BILL THOMAS and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 2:24-CV-00889-DSF-MAA<br>Assigned to the Honorable: Dale S. Fischer<br>[Courtroom 7D]<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: December 22, 2023<br>FAC Filed: May 31, 2024<br>SAC Filed: July 17, 2024<br>Trial Date: November 4, 2025 |

**TO THE HONORABLE COURT:**

COMES NOW Defendants County of Los Angeles, Wendy Garcia, and Bill Thomas (collectively "Defendants"), and Plaintiffs the Estate of CMW, Sydney Watkins, and Lisa Lewis (collectively "Plaintiffs"), and hereby submit the following Joint Notice of Settlement pursuant to Court Order (Dkt. #38 and # 41).

///

///

///

# JOINT STATUS REPORT

1. WHEREAS, this action was removed to federal court on February 1, 2024. (Dkt. #1.)

2. WHEREAS, the Parties were ordered to ADR, and referred to the magistrate judge assigned to this case, the Hon. Maria Audero. The ADR proceeding was ordered to be completed by October 31, 2024. (Dkt. 27.)

3. WHEREAS, the Parties were scheduled to attend an in-person settlement conference before Judge Audero on September 6, 2024. (Dkt. #37.)

4. WHEREAS, the Parties did attend the settlement conference, and a settlement was reached pending approval from the County. At the conclusion, the Parties affirmed their acceptance, confirmed their understanding that they are bound by the settlement, and agreed that a long-form agreement would be circulated in the coming week(s)

5. WHEREAS, on November 21, 2024, the long-form settlement agreement was fully executed and signed by the Parties.

6. WHEREAS, the County represents that the approval process has commenced, and it is expected that the settlement will go before the Claims Board in about one year.

DATED: February 24, 2025

**LAW OFFICE OF MICHAEL J. CURLS**

By: /s/ *Michael J. Curls*
Michael J. Curls, Esq.
Nichelle D. Jordan, Esq.
Attorneys for Plaintiffs,
ESTATE OF CMW, SYDNEY WATKINS, and LISA LEWIS

PETERSON BRADFORD BURKWITZ GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

DATED: February 24, 2025

**PETERSON BRADFORD BURKWITZ GREGORIO BURKWITZ & SU**

By: /s/ *Avery Canty*
Avi Burkwitz, Esq.
Avery Canty, Esq.
Attorneys for Defendants,
COUNTY OF LOS ANGELES, WENDY GARCIA, and BILL THOMAS

PETERSON BRADFORD BURKWITZ GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

3

**JOINT NOTICE OF SETTLEMENT**
Case No.: 2:24-CV-00889-DSF-MAA

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On February 24, 2025, I served the foregoing document described as:

**JOINT NOTICE OF SETTLEMENT**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC MAIL:** I served the enclosed via e-mail transmission to each of the parties listed on the attached service list with an email address.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 24, 2025, in Burbank, California.

/s/ Maribel De Arcos

Maribel De Arcos

**SERVICE LIST**

RE:   **The Estate of C.M.W., et al. v. County of Los Angeles, et al.**

Case No.:

| | |
|---|---|
| Michael J. Curls, Esq.<br>Nichelle D. Jordan, Esq.<br>Law Office of Michael J. Curls<br>4340 Leimert Blvd., Suite 200<br>Los Angeles, CA 90008<br>E: info@mjclawoffice.com<br>T: 323-293-2314<br>F: 323-293-2350<br><br>**Attorneys for Plaintiff,**<br>**The Estate of C.M.W., et al.** | LASHAUNA CANDLER GRIFFIN<br>6620 Westmont Court<br>Palmdale, CA 93552<br>T: 661-382-1683<br><br>**In Pro Se** |

PETERSON BRADFORD BURKWITZ GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

5

JOINT NOTICE OF SETTLEMENT
Case No.: 2:24-CV-00889-DSF-MAA